UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustee of the Painters Union Deposit Fund,

     Plaintiff,

v.                                                                            Case No. 07-14445

E.L. Commercial Interiors, Inc., *et al.*,                    Honorable Sean F. Cox

     Defendants.

_____/

### ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

The Court having been informed by the parties that a party to this action has instituted

Bankruptcy proceedings, thereby commencing a stay of proceedings in this civil action pursuant

to 11 U.S.C. §362(a); and it further appearing to the Court that such a stay will remain in effect

for a substantial period of time; and there appearing to be no further reason at this time to

maintain this file as open for statistical purposes;

IT IS ORDERED that the clerk close this matter for statistical purposes. Nothing

contained in this order or the related docket entry shall be considered a dismissal or disposition

of this matter, and, should further proceedings become necessary or desirable, any party may

initiate them upon termination of the stay of proceedings in the same manner as if this order had

not been entered, and the Court will order that the matter be reopened for statistical purposes.

                              S/Sean F. Cox_____
                              Sean F. Cox
                              United States District Judge

Dated: April 28, 2008

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustee of the Painters Union Deposit Fund,

      Plaintiff,

v.                                Case No. 07-14445

E.L. Commercial Interiors, Inc., *et al.*,      Honorable Sean F. Cox

      Defendants.
_____/

## **PROOF OF SERVICE**

I hereby certify that a copy of the foregoing *Order of Removal of Action* was served upon

counsel of record on April 28, 2008, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager